```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 18878
   EVELYN WOODS
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-1116


-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/12/2007 and was confirmed 11/29/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/21/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
-------------------------------------------------------------------------------
HOMEQ SERVICING            CURRENT MORTG            .00           .00            .00
HOMEQ SERVICING            MORTGAGE ARRE            .00           .00            .00
ILLINOIS TITLE LOANS       SECURED VEHIC            .00           .00            .00
GE CAPITAL CONSUMER CARD   UNSECURED        NOT FILED            .00            .00
ASSET ACCEPTANCE CORP      UNSECURED           675.58            .00            .00
ASSET ACCEPTANCE CORP      UNSECURED           185.46            .00            .00
CITY OF CHICAGO PARKING    UNSECURED          1850.00            .00            .00
COMMONWEALTH EDISON        UNSECURED           882.50            .00            .00
FIRST CONSUMERS NATIONAL   UNSECURED        NOT FILED            .00            .00
FINGERHUT                  UNSECURED        NOT FILED            .00            .00
MEDIA ROOM DESIGN          UNSECURED        NOT FILED            .00            .00
VERIZON WIRELESS           UNSECURED        NOT FILED            .00            .00
B-REAL LLC                 UNSECURED           357.39            .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED        NOT FILED            .00            .00
SEVENTH AVENUE             UNSECURED           500.05            .00            .00
AT&T                       UNSECURED        NOT FILED            .00            .00
ILLINOIS TITLE LOANS       UNSECURED              .00            .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,814.00                       1,611.80
TOM VAUGHN                 TRUSTEE                                            133.20
DEBTOR REFUND              REFUND                                                .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                  RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE          1,745.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                               1,611.80
TRUSTEE COMPENSATION                           133.20

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 18878 EVELYN WOODS
```

```
DEBTOR REFUND                                                              .00
                                              ---------------    ---------------
TOTALS                                               1,745.00           1,745.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 11/20/08                       /s/ Tom Vaughn
                                      _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE